## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**JACARA MONIQUE GARTRELL,**
on behalf of herself and all others
similarly situated,                                        Case No. 3:19-cv-00442-TJC-JBT

        Plaintiff,

v.

**J.J. MARSHALL & ASSOCIATES, INC.,**

        Defendant.

_____/

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
## REGARDING ARTICLE III STANDING

      Jacara Monique Gartrell provides the Court the following notice of supplement authority

supporting Plaintiff's Memorandum of Law on Article III Standing.

> Order Denying Defendant's Motion for Reconsideration of Court's Order denying Defendant's Motion to Dismiss and Motion for Judgment on the Pleadings. *Gause v. Med. Bus. Consultants, Inc.*, No. 8:18-CV-1726-T-30AAS, 2020 WL 5076610 (M.D. Fla. Aug. 27, 2020)

Dated: September 8, 2020                                        **VARNELL & WARWICK, P.A.**

        By:    /s/ Brian W. Warwick
               Brian W. Warwick; FBN: 0605573
               Janet R. Varnell; FBN: 0071072
               1101 E. Cumberland Ave., Suite 201H, #105
               Tampa, Florida 33602
               Telephone: (352) 753-8600
               Facsimile: (352) 504-3301
               bwarwick@varnellandwarwick.com
               jvarnell@varnellandwarwick.com
               awallace@varnellandwarwick.com

               **THE LAW OFFICE OF GLENN S. BANNER, P.A.**
               Glenn Banner, FBN: 0620254
               5245 Commissioners Drive
               Jacksonville, Florida 32224

Telephone: (904) 240-4401
gbanner@gbannerlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2020, I served the foregoing via the Court's

CM/ECF filing system, which electronically transmitted a copy to Defendant's counsel as follows:

JOSEPH C. PROULX, ESQ.
jproulx@gsgfirm.com
DALE T. GOLDEN, ESQ.
dgolden@gsgfirm.com
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675

Counsel for Defendant

/s/ Brian W. Warwick
**BRIAN W. WARWICK**