# EXHIBIT A

COJJMR10
PO Box 1280
Oaks PA 19456-1280

ADDRESS SERVICE REQUESTED



| Date | Account # | Balance |
|---|---|---|
| 2/4/2019 | ▓▓▓4372 | $612.92 |

189549098

Jacara Gartrell
5560 Huckleberry Trl W
Macclenny FL 32063-1806

Telephone Number: (586) 992-3200

Mail all correspondence and payments to:
J.J. MARSHALL & ASSOCIATES, INC.
28820 Mound Road
Warren MI 48092-5510



Please Complete All Fields. We accept payments by VISA, MasterCard or Discover

CHECK CARD USING FOR PAYMENT

CARD NUMBER  PLUS 3 DIGIT SECURITY CODE (on back of card)   EXP. DATE  /

CARDHOLDER NAME   CARDHOLDER SIGNATURE   AMOUNT  $

CARDHOLDER PHONE NUMBER

Creditor: JAX NORTHWOOD APARTMENTS, LLC DBA NORTHWOOD APARTM

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

RE: JAX NORTHWOOD APARTMENTS, LLC DBA NORTHWOOD APARTM
Account #: ▓▓▓4372
Balance Due: $ 612.92

We have been retained to collect this claim. My client demands attention to this matter.

This communication is from a debt collection agency.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please pay online at: **JJMARSHALLINC.COM**
To login use:
Account #: ▓▓▓4372
Client Ref #: 1601 DUNN AVE #208

Office Hours:
Monday, Thursday and Friday    8:30 AM - 5:00 PM
Tuesday and Wednesday    8:30 AM – 7:00 PM
Telephone Number:   (586) 992-3200

1COJJMR10312

J.J. Marshall & Associates, Inc. ♦ 28820 Mound Road ♦ Warren MI 48092 ♦ (586) 992-3200