# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACARA MONIQUE GARTRELL,
etc.,

      Plaintiff,

v.                                              Case No. 3:19-cv-442-TJC-JBT

J.J. MARSHALL & ASSOCIATES,
INC.,

      Defendant.

## O R D E R

In reviewing the file as part of its consideration of defendant's motion for reconsideration (Doc. 60) (which is now under active advisement), it is apparent that the motion for class certification (Doc. 33) is no longer a viable motion and is therefore terminated.[1]

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of March, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

---

[1] If the motion for reconsideration is denied, plaintiff will be permitted to file a renewed motion for class certification directed to the amended complaint at the appropriate time. If the motion is granted, the case would be dismissed.

2

s.
Copies:
Counsel of record