UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACARA MONIQUE GARTRELL,
on behalf of Herself and all others
similarly situated,

    Plaintiff,

v.                                            Case No. 3:19-cv-442-TJC-JBT

J.J. MARSHALL & ASSOCIATES,
INC.,

    Defendant.

## ORDER

This case is before the Court on Defendant J.J. Marshall & Associates, Inc.'s Motion for Reconsideration (Doc. 60). Plaintiff Jacara Gartrell filed a response (Doc. 62), to which Defendant filed a Reply (Doc. 64).

Reconsideration of a prior decision is justified if the movant identifies: "(1) an intervening change in controlling law; (2) the availability of new evidence; [or] (3) the need to correct clear error or manifest injustice." Fla. Coll. of Osteopathic Med., Inc. v. Dean Witter Reynolds, Inc., 12 F. Supp. 2d 1306, 1308 (M.D. Fla. 1998). A motion to reconsider must "raise new issues, not merely readdress issues previously litigated." Id. Defendant's motion simply reiterates its previous arguments. If Defendant wishes to contest standing it may do so in response to the Amended Complaint.

Accordingly, it is hereby

**ORDERED:**

Defendant J.J. Marshall's Motion for Reconsideration is **DENIED**. Defendant shall respond to the Amended Complaint (Doc. 59) no later than **May 7, 2021**.

**DONE AND ORDERED** in Jacksonville, Florida the 16th day of April, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record