# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACARA MONIQUE GARTRELL,
on behalf of Herself and all others
similarly situated,

    Plaintiff,

v.                                                      Case No. 3:19-cv-442-TJC-JBT

J.J. MARSHALL & ASSOCIATES,
INC.,

    Defendant.

## **O R D E R**

This case is before the Court on Defendant J.J. Marshall's Motion to Certify an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b). Doc. 68. Plaintiff Jacara Gartrell has filed a Response. Doc. 72.

Marshall moves to the Court certify an interlocutory appeal of the Order granting Gartrell's Motion for Leave to Amend. Doc. 58. The Court has already denied Marshall's Motion for Reconsideration. Docs. 60, 66. An interlocutory appeal may be permitted when an otherwise unappealable order "involves a controlling question of law as to which there is substantial ground for difference of opinion and [when] an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).

The Court's Orders allowing Plaintiff to file an amended Complaint (Docs. 58, 66) do not meet this test in either respect.

Accordingly, it is hereby

**ORDERED:**

Marshall's Motion to Certify an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Doc. 68) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida the 28th day of June, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record