**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACARA MONIQUE GARTRELL, on
behalf of Herself and all others
similarly situated,

    Plaintiff,

v.   Case No. 3:19-cv-442-TJC-JBT

J.J. MARSHALL & ASSOCIATES,
INC.,

    Defendant.

---

**O R D E R**

Upon review of the Stipulation of Dismissal (Doc. 99), filed on August 2, 2022, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of August, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record